Charles Nadenik, appellee, v. George E. Nadenik, individually and administrator de bonis non with will annexed of estate of Anna Cejka, deceased, et al., appellants. Gen. No. 40,409.

Opinion filed February 27, 1939. Rehearing denied March 13, 1939.

Francis J. Kennedy and Thos. A. McCaffrey, for appellants. Harry Hoffman, for appellee; Irving Hoffman, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Ida Slavik et al., appellants, v. Central Trust Company et al., appellees. Appeal of Emma Dicus. Gen. No. 40,278.

Opinion filed February 27, 1939.

A. G. Dicus and Edwin Hamilton, for appellant. Francis M. Lowes, for certain appellee. Robertson, Crowe & Spence, for certain other appellee; Egbert Robertson, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Harry A. Michael et al., appellants, v. Craig B. Hazlewood et al., appellees. Gen. No. 40,299.

Opinion filed February 27, 1939.

Shulman, Shulman & Abrams and Joseph & Teitelbaum, for appellants. Sonnenschein, Berkson, Lautmann, Levinson & Morse, Winston, Strawn & Shaw, Kirkland, Fleming, Green, Martin & Ellis and Concannon, Dillon, Bostelman & Snook, for appellees; Herbert M. Lautmann, Walter H. Jacobs, Joseph B. Fleming, Thomas B. Martineau, Frank B. Gilmer and Bernard Baruch, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.